```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         JACKSON DIVISION
```

WILLIE E. LOVE                                              PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:09CV268TSL-JCS

TYSON FOODS, INC.,                                          DEFENDANT

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is hereby ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 7th day of January, 2010.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE